JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER KNAUF INDIVIDUALLY,<br><br>Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR SALES USA, INC.; TOYOTA MOTOR NORTH AMERICA, INC.; TOYOTA MOTOR CREDIT CORPORATION AND DOES 1 THROUGH 10, INCLUSIVE<br><br>Defendants. | **Case No.:** SA CV 25-2313-DMG (KESx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [41]** |

Based upon the Parties' Stipulation, and good cause appearing, the claims asserted in the above-captioned action are hereby dismissed with prejudice. The parties shall bear their own respective attorneys' fees and costs.

IT IS SO ORDERED.

DATED: March 31, 2026

_____
DOLLY M. GEE
Chief United States District Judge